# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 12 CIV 0377

Date Filed: 1/17/2012

Plaintiff:
**8 LEGGED PRODUCTIONS, LLC,**

vs.

Defendants:
**STAGE DIRECTORS AND CHOREOGRAPHERS SOCIETY, INC. LOH INC., and JULIE TAYMOR,**

For:
DLA Piper US LLP
1251 Avenue Of The Americas
New York, NY 10020

Received these papers to be served on **STAGE DIRECTORS AND CHOREOGRAPHERS SOCIETY, INC. C/O PHILIP R. HOFFMAN ESQ., PRYOR CASHMAN LLP, 7 TIMES SQUARE, NEW YORK, NY 10036**

I, Baldeo Chetram, being duly sworn, depose and say that on the **19th day of January, 2012** at **4:10 pm**, I:

Served the above named Entity by personally delivering Summons in a Civil Action, Complaint and Demand for Jury Trial with Attached Exhibits 1-4, Civil Cover Sheet and Rule 7.1 Statement to Philip R. Hoffman, Partner, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 195, Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 20th day of January, 2012 by the affiant who is personally known to me.

MARCUS L. GRIFFIN
Notary Public, State of New York
No. 01GR5062272
Qualified in New York County
Commission Expires June 24, 2014

Baldeo Chetram
Process Server

Our Job Serial Number: CSU-2020101957
Ref: 379846-000001 Req. #10418

AO 440 (Rev. 12/09) Summons in a Civil Action

JUDGE FORREST

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

8 LEGGED PRODUCTIONS, LLC,

          Plaintiff

v.

STAGE DIRECTORS AND CHOREOGRAPHERS SOCIETY, INC., LOH, INC., AND JULIE TAYMOR,

          Defendant

12 CIV 0377

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STAGE DIRECTORS AND CHOREOGRAPHERS SOCIETY, INC.
1501 Broadway, Ste. 1701
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Paolo Morante
    DLA PIPER LLP (US)
    1251 Avenue of the Americas
    New York, NY  10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JAN 17 2012

*Signature of Clerk or Deputy Clerk*