USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 1 0 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 8 LEGGED PRODUCTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STAGE DIRECTORS AND CHOREOGRAPHERS SOCIETY, INC., LOH, INC., AND JULIE TAYMOR, <br><br> Defendants. | CASE NO. 12-CIV-0377 <br><br> **STIPULATION CONCERNING TIME TO RESPOND TO COMPLAINT** |

Plaintiff 8 Legged Productions, LLC, and Defendant Stage Directors and Choreographers Society, Inc. ("SDC"), hereby stipulate and agree that Defendant SDC has accepted service of the complaint in this case and that Defendant SDC's time to answer, move, or otherwise respond to the complaint is March 26, 2012.  OK  KBF

Dated: New York, NY February 7, 2012.

| | |
|---|---|
| DLA PIPER LLP (US) <br><br> By: __/s/_____ <br> Paolo Morante <br> paolo.morante@dlapiper.com <br> 1251 Avenue of the Americas <br> New York, New York 10020 <br> Tel.: (212) 335-4813 <br> Fax: (212) 884-8713 <br><br> *Attorneys for Plaintiff* <br> *8 Legged Productions, LLC* | PRYOR CASHMAN LLP <br><br> By: __/s/_____ <br> Ronald H. Shechtman <br> William L. Charron <br> wcharron@pryorcashman.com <br> 7 Times Square <br> New York, NY 10036-6569 <br> Tel: (212) 421-4100 <br> Fax: (212) 326-0806 <br><br> *Attorneys for Defendant Stage Directors and* <br> *Choreographers Society, Inc.* |

If there is a motion, the opposition brief will be due April 23, 2012; reply due April 30, 2012.

So Ordered

February 10, 2012

__/s/ K. B. Forrest__
Hon. Katherine B. Forrest

CERTIFICATE OF SERVICE

I certify that, on this 9th day of February, 2012, I caused a true and complete copy of the foregoing Stipulation Concerning Time To Respond to Complaint to be served by U.S. mail and through the Court's Electronic Filing system upon the following counsel:

Ronald H. Shechtman
William L. Charron
wcharron@pryorcashman.com
7 Times Square
New York, NY 10036-6569
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendant Stage Directors and Choreographers Society, Inc.*

Charles T. Spada
Lankler, Siffert & Wohl, LLP
500 Fifth Avenue, 33rd Floor
New York, New York 10110
Tel.: (212) 921-8399
Fax: (212) 764-3701

*Attorneys for Defendants Julie Taymor and LOH, Inc.*


/s/
Paolo Morante