UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

8 LEGGED PRODUCTIONS, LLC,                          :

                                    Plaintiff,      :      12 Civ. 0377

(Forrest/Freeman)

          - against -                               :      **NOTICE OF DISMISSAL**
                                                           **WITH PREJUDICE**

STAGE DIRECTORS AND CHOREOGRAPHERS                  :
SOCIETY, LOH, INC. and JULIE TAYMOR,

                                                    :
                                    Defendants.
                                                    :
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, this action and all claims therein are hereby dismissed by plaintiff with prejudice,

with each party to bear its own costs and attorney's fees.

Dated:  New York, New York
        February 16, 2012

                           DLA PIPER LLP (US)


                           By: _____/s/_____
                              Paolo Morante, Esq.
                              Attorneys for Plaintiff
                              1251 Avenue of the Americas
                              New York, New York  10020
                              (212) 335-4813
                              paolo.morante@dlapiper.com

To:    Ronald H. Shechtman, Esq.
        PRYOR CASHMAN LLP
        Attorneys for Defendant Stage Directors
               and Choreographers Society
        7 Times Square
        New York, New York  10036-6569
        (212) 421-4100
        rshechtman@pryorcashman.com

Charles T. Spada, Esq.
LANKLER SIFFERT & WOHL LLP
Attorneys for Defendants LOH, Inc.
      and Julie Taymor
500 Fifth Avenue
New York, NY 10110
(212) 921-8399
cspada@lswlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 16th day of February, 2012, I caused a true and complete copy of the

foregoing Notice Of Dismissal With Prejudice to be served by U.S. mail and through the Court's

Electronic Filing system upon the following counsel:


Ronald H. Shechtman
William L. Charron
wcharron@pryorcashman.com
7 Times Square
New York, NY  10036-6569
Tel:  (212) 421-4100
Fax:  (212) 326-0806

*Attorneys for Defendant Stage Directors and*
*Choreographers Society, Inc.*


Charles T. Spada
Lankler, Siffert & Wohl, LLP
500 Fifth Avenue, 33rd Floor
New York, New York  10110
Tel.: (212) 921-8399
Fax: (212) 764-3701

*Attorneys for Defendants Julie Taymor and*
*LOH, Inc.*


_____/s/_____

Paolo Morante